**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAMOS VEGA, Jairo,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **JAMISON, J.L., Warden, Federal Detention** | : | |
| **Center, Philadelphia; RIFE, John E., Acting** | : | |
| **Field Office Director, Immigration and** | : | |
| **Customs Enforcement, Enforcement and** | : | |
| **Removal Operations, Philadelphia Field Office;** | : | **No. 26-4509** |
| **MULLIN, Markwayne, Secretary of the** | : | |
| **Department of Homeland Security; BLANCHE,** | : | |
| **Todd, Acting U.S. Attorney General; U.S.** | : | |
| **DEPARTMENT OF HOMELAND SECURITY;** | : | |
| **EXECUTIVE OFFICE FOR IMMIGRATION** | : | |
| **REVIEW,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 2nd day of July, 2026, upon consideration of Jairo Ramos Vega's

Petition for Writ of Habeas Corpus (ECF No. 1), and the response thereto, it is hereby

**ORDERED** that the petition is **GRANTED.**

It is **FURTHER ORDERED** as follows:

1. Jairo Ramos Vega is not subject to mandatory detention under 8 U.S.C. §

1225(b)(2).

2. Respondents shall immediately release Jairo Ramos Vega from custody.

3. Immediately upon his release, Respondents shall return all personal belongings

confiscated upon or during Petitioner's detention, including his identification documents.

4.   Respondents shall not subject Petitioner to any conditions of release, including the imposition of any and all GPS monitoring technology or devices.

5.   Respondents shall certify compliance with this order by filing proof of his release and stating the time and manner of release on the docket no later than **5:00 P.M. E.S.T. on July 3, 2026**.

6.   Respondents are temporarily enjoined from re-detaining Jairo Ramos Vega for seven days following his release from custody.

7.   If Respondents pursue re-detention of Jairo Ramos Vega, they must first provide him with a bond hearing, pursuant to 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

BY THE COURT:

_____
Hon. Mia R. Perez