## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMOS VEGA, Jairo, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| JAMISON, J.L., Warden, Federal Detention | : | |
| Center, Philadelphia; RIFE, John E., Acting | : | |
| Field Office Director, Immigration and | : | |
| Customs Enforcement, Enforcement and | : | |
| Removal Operations, Philadelphia Field Office; | : | No. 26-4509 |
| MULLIN, Markwayne, Secretary of the | : | |
| Department of Homeland Security; BLANCHE, | : | |
| Todd, Acting U.S. Attorney General; U.S. | : | |
| DEPARTMENT OF HOMELAND SECURITY; | : | |
| EXECUTIVE OFFICE FOR IMMIGRATION | : | |
| REVIEW, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 6th day of July, 2026, the Clerk of Court is **DIRECTED** to mark this case

closed.

BY THE COURT:

_____

Hon. Mia R. Perez